This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**INARA CEDRINS,**

Plaintiff-Appellant,

v.                                              **NO. 30,817**

**JAMES AND SHARON PREWITT,**
**RAMESH KUMAR SHRESTHA,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Raymond Z. Ortiz, District Judge**

Inara Cedrins
Chicago, IL

Pro Se Appellant

James Prewitt
Sharon Prewitt
Ramesh Kumar Shrestha
Albuquerque, NM

Pro Se Appellees

**MEMORANDUM OPINION**

**KENNEDY, Judge.**

Plaintiff appeals from the district court's dismissal of her complaint for conversion and intentional infliction of emotional distress on grounds of failure to

state a claim and res judicata. We issued a calendar notice proposing to dismiss the appeal for lack of a final order. Plaintiff filed a memorandum in opposition in which she reiterates the arguments made below and in her docketing statement, but she does not address the issue of finality.

We correct our calendar notice to the extent we inadvertently stated Plaintiff's complaint was for civil conspiracy rather than conversion. We otherwise remain unpersuaded as to the proposed outcome. We therefore dismiss the appeal for the reasons stated in the calendar notice. Once a final order has been entered, Petitioner may appeal in accordance with our rules of appellate procedure.

**IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**

_____
**CELIA FOY CASTILLO, Chief Judge**

_____
**JAMES J. WECHSLER, Judge**

2